TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ADDISON OWEN
Arizona State Bar No. 031263
Assistant United States Attorney
40 North Central Ave. Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7599
Email: Addison.Owen@usdoj.gov
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case Number: 25-5225MJ |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| Eduardo Prado Flores, | |
| Defendant. | |

In the interest of justice, the United States of America respectfully requests this Court dismiss without prejudice the Complaint filed on April 17, 2025, against Eduardo Prado Flores, Defendant. Additionally, the United States respectfully requests this Court vacate all upcoming dates and deadlines.

Undersigned counsel for the United States has contacted Milagros Cisneros, counsel for Defendant. She has no objection to this motion.

Respectfully submitted this 28th day of April, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

 *s/ Addison Owen*
ADDISON OWEN
Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Milagros Cisneros
Counsel for Defendant Eduardo Prado Flores

s/ *Addison Owen*
U.S. Attorney's Office