# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 25-05225MJ-001-PHX-DMF |
| Plaintiff, | |
| v. | **ORDER** |
| Eduardo Prado Flores, | |
| Defendant. | |

This matter is before the Court on the United States' Motion to Dismiss Without Prejudice (Doc. 9). In the motion, the United States requests that the Court dismiss the Complaint in this matter without prejudice and vacate all upcoming dates and deadlines (*Id*.). In the motion, the United States reports that counsel for the United States has contacted Defendant's counsel and Defendant's counsel has no objection to the motion to dismiss without prejudice (*Id*.).

Upon good cause shown,

**IT IS ORDERED** granting the United States' Motion to Dismiss Without Prejudice (Doc. 9).

**IT IS FURTHER ORDERED** dismissing the Complaint and this case as to Defendant Eduardo Prado Flores without prejudice.

**IT IS FURTHER ORDERED** that all pending deadlines and motions are terminated.

**IT IS FURTHER ORDERED** that all set hearing/trial dates are vacated.

1     **IT IS FURTHER ORDERED** that Defendant shall be immediately released from custody as to this matter only.

    The Court finds there is no excludable delay under 18 U.S.C. § 3161.

    Dated this 28th day of April, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge

cc: United States Marshal's Service, District of Arizona