UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☐ Non-Jury Trial

Case Number CR- No. 25-5225MJ  Judge Code _____
              Year Case No. Deft No.

USA v. Eduardo Prado Flores
       Last        First        Middle

☐ Government                    ✔ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 101 | 4/22/25 | 4/23/25 | USCIS Printout |
| 102 | 4/22/25 | 4/23/25 | Form G-325R |
| 103 | 4/22/25 | 4/23/25 | 90 CFR 11793—Interim Final Rule |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

FILED ___ LODGED ___
RECEIVED ___ COPY ___
APR 23 2025
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
Date 4/22/25