# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### EXHIBIT LIST --- CRIMINAL

```
FILED ✓      LODGED ___
RECEIVED ___ COPY ___
APR 2 3 2025
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

☐ Motion to Suppress    ☒ Detention Hearing    ☐ Jury Trial

USA vs. Eduardo Prado-Flores                    25-5225MJ
Last, First, Middle Initial                     Year-Case No-Deft No-Judge

☒ GOVERNMENT                                    ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | 4/22/25 | 4/22/25 | Questionnaire with Translations |
| 2. | 4/22/25 | 4/22/25 | Notice of Rights |
| 3. | 4/22/25 | 4/22/25 | Mexico Identification |
| 4. | 4/22/25 | 4/22/25 | April 15, 2025 Citation |
| 5. | 4/22/25 |  | April 6, 2024 Citiation |
| 6. | 4/22/25 |  | ICE Report (Refresh Recollection Only) |
| 7. | 4/22/25 |  | Mesa PD 2025-82463 Report (Refresh Recollection Only) |
| 8. |  |  |  |
| 9. |  |  |  |
| 10. |  |  |  |
| 11. |  |  |  |
| 12. |  |  |  |
| 13. |  |  |  |
| 14. |  |  |  |