| AO 435<br>AZ Form (Rev. 10/2023) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME Jeremy Roebuck | 2. PHONE NUMBER 2673143068 | 3. DATE 5/14/25 |
|---|---|---|

| 4. FIRM NAME The Washington Post |
|---|

| 5. MAILING ADDRESS 771 10th St SE | 6. CITY Washington | 7. STATE DC | 8. ZIP CODE 20003 |
|---|---|---|---|

| 9. CASE NUMBER 2:25-mj-5225 | 10. JUDGE Deborah Fine | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 4/22/25 | 12. 4/23/25 |

| 13. CASE NAME USA v. Eduardo Prado Flores | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 14. CITY Phoenix | 15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [ ] TESTIMONY (Specify) |  |
| [ ] OPENING STATEMENT (Plaintiff) |  |  |  |
| [ ] OPENING STATEMENT (Defendant) |  |  |  |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [x] PRE-TRIAL PROCEEDING |  |
| [ ] CLOSING ARGUMENT (Defendant) |  | Detention Hearing (2 days) | 4/22/25 - 4/23/25 |
| [ ] OPINION OF COURT |  |  |  |
| [ ] JURY INSTRUCTIONS |  | [ ] OTHER (Specify) |  |
| [ ] SENTENCING |  |  |  |
| [ ] BAIL HEARING |  |  |  |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | [ ] | [ ] |  | [ ] PAPER COPY |  |
| 14-Day Transcript | [ ] | [ ] |  |  |  |
| 7-Day (Expedited) | [ ] | [ ] |  | [x] PDF (e-mail) |  |
| 3-Day Transcript | [ ] | [ ] |  |  |  |
| Next-Day (Daily) | [ ] | [x] |  | [ ] ASCII (e-mail) |  |
| 2-Hour (Hourly) | [ ] | [ ] |  |  |  |
| Realtime Transcript | [ ] | [ ] |  |  |  |

E-MAIL ADDRESS: jeremy.roebuck@washpost.com

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE Jeremy Roebuck

20. DATE 5/14/25

| TRANSCRIPT TO BE PREPARED BY |  | ESTIMATE TOTAL |  |
|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY